UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE ARTHUR FORT,<br>Plaintiff,<br>v.<br>R. C. JOHNSON,<br>Defendant. | Case No. 18-cv-06649-JSC<br><br>**ORDER OF TRNSFER** |

Petitioner, a California prisoner proceeding pro se, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2254. The petition challenges the validity of his criminal sentence from San Bernardino County Superior Court.

A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. See 28 U.S.C. § 2241(d). Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the district court for the district where the petition is filed may transfer the petition to the other district in the furtherance of justice. See id. Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 768 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

As Petitioner challenges the validity of his sentence, the proper venue for his petition is the district in which he was convicted. San Bernardino County is located within the venue of the Central District of California. See 28 U.S.C. § 84. Accordingly, in the interest of justice, this case

is TRANSFERRED to the United States District Court for the Central District of California. The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: November 20, 2018

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

LEE ARTHUR FORT,

    Plaintiff,

v.

R. C. JOHNSON,

    Defendant.

Case No. 18-cv-06649-JSC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 20, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lee Arthur Fort ID: AY1180
B1 249 L
P.O. Box 4490
Lancaster, CA 93539

Dated: November 20, 2018

    Susan Y. Soong
    Clerk, United States District Court

    By:_____
    Ada Means, Deputy Clerk to the
    Honorable JACQUELINE SCOTT CORLEY

3